**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA DELORENZO,<br>Plaintiff,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:15-cv-0216-RMC |
| JAMES B. FRASIER, et al.<br>Plaintiffs,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:15-cv-1492-RMC |
| JOHN EDWARD PROCTOR,<br>Plaintiff,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:15-cv-1494-RMC |
| PRISCILLA A. HALMON-DANIELS,<br>Plaintiff,<br><br>v.<br><br>THE EXPERTS, INC. et al.,<br>Defendants. | Case No. 1:15-cv-1501-RMC |
| MICHELLE KOHLER,<br>Plaintiff,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:15-cv-1636-RMC |

| | |
|---|---|
| TRACEY RIDGELL,<br>Plaintiff,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:15-cv-1637-RMC |
| ERIN ZAGAMI,<br>Plaintiff,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:15-cv-1638-RMC |
| JANE MAE MCCULLOUGH,<br>Plaintiff,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:15-cv-1639-RMC |
| JENNIFER JACOBS,<br>Plaintiff,<br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:15-cv-2242-RMC |
| DOTLYN JOGRAJ,<br>Plaintiff,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:16-cv-1846-RMC |

| | |
|---|---|
| ROSALIND PARKER,<br>Plaintiff,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:16-cv-1847-RMC |
| LORI LEE STULTZ et al.,<br>Plaintiffs,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:16-cv-1848-RMC |
| DOUGLAS LEVITAS et al.,<br>Plaintiffs,<br><br>v.<br><br>HP ENTERPRISE SERVICES, LLC et al.,<br>Defendants. | Case No. 1:16-cv-1849-RMC |
| JEROME BOYD,<br>Plaintiff,<br><br>v.<br><br>THE EXPERTS, INC. et al.,<br>Defendants. | Case No. 1:16-cv-2037-RMC |
| SHERRIE T. LAWSON,<br>Plaintiff,<br><br>v.<br><br>THE EXPERTS, INC. et al.,<br>Defendants. | Case No. 1:16-cv-2038-RMC |

**NOTICE OF NAME CHANGE**

PLEASE TAKE NOTICE that, effective January 1, 2017, defendant HP Enterprise Services, LLC, is now known as Enterprise Services, LLC. The parties and the Court are requested to modify the caption accordingly.

Dated: April 3, 2017

Respectfully submitted,

By: /s/ Jason C. Raofield
Jason C. Raofield

John E. Hall (D.C. Bar #415364)
Jason C. Raofield (D.C. Bar #463877)
Colin P. Watson (D.C. Bar #1032639)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001
(202) 662-6000
Email: jhall@cov.com
Email: jraofield@cov.com
Email: cpwatson@cov.com

*Attorneys for Enterprise Services, LLC, f/k/a HP Enterprise Services, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 3, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

By: /s/ Jason C. Raofield
Jason C. Raofield

John E. Hall (D.C. Bar #415364)
Jason C. Raofield (D.C. Bar #463877)
Colin P. Watson (D.C. Bar #1032639)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001
(202) 662-6000
Email: jhall@cov.com
Email: jraofield@cov.com
Email: cpwatson@cov.com

*Attorneys for Enterprise Services, LLC, f/k/a HP Enterprise Services, LLC*