**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA DELORENZO,<br>  Plaintiff,<br><br>v.<br><br>ENTERPRISE SERVICES LLC et al.,<br>  Defendants. | Case No. 1:15-cv-0216-RMC |
| JAMES B. FRASIER, et al.<br>  Plaintiffs,<br><br>v.<br><br>ENTERPRISE SERVICES LLC et al.,<br>  Defendants. | Case No. 1:15-cv-1492-RMC |
| JOHN EDWARD PROCTOR,<br>Plaintiff,<br><br>v.<br><br>ENTERPRISE SERVICES LLC et al.,<br>Defendants. | Case No. 1:15-cv-1494-RMC |
| PRISCILLA A. HALMON-DANIELS,<br>Plaintiff,<br><br>v.<br><br>THE EXPERTS, INC. et al.,<br>Defendants. | Case No. 1:15-cv-1501-RMC |
| MICHELLE KOHLER,<br>  Plaintiff,<br><br>v.<br><br>ENTERPRISE SERVICES LLC et al.,<br>  Defendants. | Case No. 1:15-cv-1636-RMC |

|  |  |
|---|---|
| TRACEY RIDGELL,<br>　　　Plaintiff,<br><br>v.<br><br>ENTERPRISE SERVICES LLC et al.,<br>　　　Defendants. | )<br>)<br>)<br>) Case No. 1:15-cv-1637-RMC<br>)<br>)<br>)<br>)<br>) |
| ERIN ZAGAMI,<br>　　　Plaintiff,<br><br>v.<br><br>ENTERPRISE SERVICES LLC et al.,<br>　　　Defendants. | )<br>)<br>)<br>) Case No. 1:15-cv-1638-RMC<br>)<br>)<br>)<br>)<br>) |
| JANE MAE MCCULLOUGH,<br>　　　Plaintiff,<br><br>v.<br><br>ENTERPRISE SERVICES LLC et al.,<br>　　　Defendants. | )<br>)<br>)<br>) Case No. 1:15-cv-1639-RMC<br>)<br>)<br>)<br>)<br>) |
| JENNIFER JACOBS,<br>　　　Plaintiff,<br>v.<br><br>ENTERPRISE SERVICES LLC et al.,<br>　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:15-cv-2242-RMC<br>)<br>)<br>)<br>) |
| DOTLYN JOGRAJ,<br>　　　Plaintiff,<br><br>v.<br><br>ENTERPRISE SERVICES LLC et al.,<br>　　　Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:16-cv-1846-RMC<br>)<br>)<br>)<br>) |

|  |  |  |
|---|---|---|
| ROSALIND PARKER, <br>     Plaintiff, <br><br> v. <br><br> ENTERPRISE SERVICES LLC et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:16-cv-1847-RMC |
| LORI LEE STULTZ et al., <br>     Plaintiffs, <br><br> v. <br><br> ENTERPRISE SERVICES LLC et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:16-cv-1848-RMC |
| DOUGLAS LEVITAS et al., <br>     Plaintiffs, <br><br> v. <br><br> ENTERPRISE SERVICES LLC et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:16-cv-1849-RMC |
| JEROME BOYD, <br>     Plaintiff, <br><br> v. <br><br> THE EXPERTS, INC. et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:16-cv-2037-RMC |
| SHERRIE T. LAWSON, <br>     Plaintiff, <br><br> v. <br><br> THE EXPERTS, INC. et al., <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 1:16-cv-2038-RMC |

# ENTERPRISE SERVICES LLC'S AMENDED CORPORATE DISCLOSURE STATEMENT

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, Jason C. Raofield, counsel of record for Enterprise Services LLC (formerly HP Enterprise Services, LLC), a defendant in the above-captioned action, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Enterprise Services LLC, which may have any outstanding securities in the hands of the public:

3H Technology Federal Corp.
3H Technology, L.L.C.
Analex Corporation
Apogen Technologies, Inc.
Beta Analytics, Incorporated
ComGlobal Systems, Incorporated
Dominion Technology Resources, Inc.
Enterprise Services Plano LLC
Enterprise Services State & Local, Inc.
HVH Precision Analytics LLC
ITS Services, Inc.
KeyPoint Government Solutions, Inc.
KGS Holding Corp.
Neptune Sciences, Inc.
NHIC, Corp.
Perspecta Inc.
PhaseOne Communications, Inc.
Pimsol, LLC
Planning Systems Incorporated
QWK Integrated Solutions, LLC
SafeGuard Services LLC
Science and Engineering Associates, Inc.
SimAuthor, Inc.
Ultra Second VMS LLC
Vencore Labs, Inc. (d/b/a Applied Communication Sciences)
Vencore Services and Solutions, Inc.
Vencore, Inc.
Westar Aerospace & Defense Group, Inc.
Westar Display Technologies, Inc.

These representations are made in order that the judges of this Court may determine the need for recusal.

Dated: June 25, 2018

                                                      Respectfully submitted,

                                                      By:    /s/ Jason C. Raofield
                                                               Jason C. Raofield

                                                      John E. Hall (D.C. Bar #415364)
                                                    Jason C. Raofield (D.C. Bar #463877)
                                                    Colin P. Watson (D.C. Bar #1032639)
                                                    COVINGTON & BURLING LLP
                                                    One CityCenter
                                                    850 10th Street, NW
                                                    Washington, DC 20001
                                                    (202) 662-6000
                                                    Email: jhall@cov.com
                                                    Email: jraofield@cov.com
                                                    Email: cpwatson@cov.com

                                                    *Attorneys for Enterprise Services LLC, f/k/a HP Enterprise Services, LLC*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 25, 2018, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with CM/ECF.

By: /s/ Jason C. Raofield
Jason C. Raofield

John E. Hall (D.C. Bar #415364)
Jason C. Raofield (D.C. Bar #463877)
Colin P. Watson (D.C. Bar #1032639)
COVINGTON & BURLING LLP
One CityCenter
850 10th Street, NW
Washington, DC 20001
(202) 662-6000
Email: jhall@cov.com
Email: jraofield@cov.com
Email: cpwatson@cov.com

*Attorneys for Enterprise Services LLC, f/k/a HP Enterprise Services, LLC*