**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **PATRICIA DELORENZO,** | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 15-216 (RMC) |
| **HP ENTERPRISE SERVICES, LLC,** *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Having been advised by the parties that this action has been settled, it is hereby

**ORDERED** that the case is **DISMISSED**.  The dismissal shall be without prejudice from now through **August 9, 2018**.  If settlement is not consummated by that date, either party may reopen the action upon motion approved by the Court.  Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice; and it is

**FURTHER ORDERED** that all pending deadlines are **VACATED**; and it is

**FURTHER ORDERED** that the Motion to Compel, Dkt. 160, is **DENIED** without prejudice as moot.  This case is closed.

Date:  June 25, 2018

/s/
ROSEMARY M. COLLYER
United States District Judge